# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Luis Perez,
       Plaintiff

   V.

Norfolk County, et al.,
       Defendant

CIVIL ACTION

NO.   08-11259

## ORDER OF DISMISSAL

Gorton,   D. J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

10/5/10
Date

/s/Craig J. Nicewicz
Deputy Clerk

(4mdismissal.wpd  - 12/98)                                                        [odism.]